DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**BROGENET CINOR,**
Appellant,

v.

**GEOVERA SPECIALTY INSURANCE COMPANY,**
Appellee.

No. 4D19-1275

[May 14, 2020]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; William W. Haury, Judge; L.T. Case No. CACE16-009257.

Melissa A. Giasi and Erin M. Berger of Giasi Law, P.A., Tampa, for appellant.

Maureen G. Pearcy of Paul R. Pearcy, P.A., Miami, and Joseph V. Manzo of Hinshaw & Culbertson, LLP, Coral Gables, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, CONNER and KLINGENSMITH, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***